**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDERIC J. POWELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. PAUL BELLINA, et al.** | : | **NO. 02-4714** |

**O R D E R**

AND NOW, this      day of July, 2002, plaintiff having failed to either pay the $150.00 filing fee to commence this action or file a motion to proceed in forma pauperis, the Clerk is directed to CLOSE this action statistically.

                                                  **BY THE COURT:**

                                                  **HERBERT J. HUTTON, J.**